**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:     Armstead Scales, et al. v. Michael Whiting, et al

Appellate case number:   01-22-00086-CV

Trial court case number: 34512

Trial court:             21st District Court of Washington County

       Appellant's unopposed motion to abate this appeal for 60 days is GRANTED. The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on **December 19, 2022**.

       It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                       Acting individually


Date: __October 20, 2022____